IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHELLE DIANE KING,** ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION 1:22-00463-KD-MU |
| ) | |
| **BP EXPLORATION & PRODUCTION,** ) | |
| **INC.,** *et al.,* ) | |
|     Defendants. ) | |

**JUDGMENT**

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Judgment is entered in favor of the Defendants and against the Plaintiff.

**DONE** and **ORDERED** this the **29th** day of **November 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

1